**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Trustees of the Local No. 96 Roofers Fringe Benefit Funds and Trustees of the National Roofing Industry Pension Fund,

Plaintiffs,

v.

Capitol Roofing Corporation, a Minnesota Corporation,

Defendant.

Civil No. 00-449 (DWF/AJB)

**INJUNCTION**

---

Andrew E. Staab, Esq., Rosene & Haugrud, 1250 Capitol Center, 386 N. Wabasha Street, St. Paul, MN 55102-1300, counsel for Plaintiffs.

Capitol Roofing Corporation, a Minnesota Corporation, Defendant.

---

Pursuant to this Court's Order dated May 26, 2000:

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.

2. Defendant is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendant shall cooperate in all ways with this audit.

MAY 26 2000
FILED____________
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. Defendant acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

Dated: May 26, 2000

DONOVAN W. FRANK
Judge of United States District Court