# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

The Trustees of the Roofers Local No. 96 Fringe Benefit Funds and the Trustees of the National Roofing Industry Pension Plan,

Civil File No. 00-449 DWF/AJB

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

Capitol Roofing Corporation, a Minnesota corporation,

Defendant.

---

TO: Capitol Roofing Corporation, Defendant above-named pro se:

YOU WILL PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and on the motion of Andrew E. Staab, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, SHAWN ARCHAMBAULT, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Donovan W. Frank, United States District Judge at Courtroom 2, United States Courthouse and Federal Building, 316 North Robert Street, St. Paul, Minnesota on the 4th day of April, 2001, at 11:00 o'clock a.m., or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Capitol Roofing Corporation from January 1997 to the present including payroll cards, and tax returns, both federal and state for tax years 1997, 1998, and 1999.

FILED JAN 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Let this Order to Show Cause be served on Defendant personally by giving it a certified copy of the same.

Dated: January 16th, 2001

BY THE COURT:

Donovan W. Frank
U.S. District Judge

F:\Labor\8000_8090 Roofers\8040.22 Capitol Roofing Delinq\Docs\Order Show Cause.doc